# UNITED STATES DISTRICT COURT
### for the
### District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jaseyona Sage Thomas | ) | Case No.  1:24-cr-137 and 1:24-cr-138 |
| | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, tribal, or local law while on release.

(2)    The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

(3)    The defendant must appear in court as required and must surrender to serve any sentence imposed.

The defendant must appear at:
(*If blank, to be notified*)

*Place*

on

*Date and Time*

(4)    The defendant must sign an Appearance Bond, if ordered.

Local AO 199B    (Rev. 6/24)  Additional Conditions of Release                              Page  2   of  3

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions set forth below:

(5)  Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

(6)  Except upon prior approval from the Pretrial Services Officer, the defendant's travel is restricted to North Dakota.

(7)  Defendant shall refrain from: any] use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; any use of medical marijuana; and any use of inhalants.  Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance.  Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

(8)  Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

(9)  Defendant shall not knowingly or intentionally have any direct or indirect contact with witness(es) or co-defendant(s), except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

(10) Defendant shall reside at a residential treatment center, participate in the center's programs and abide by its rules and regulations.  Defendant shall not change her residence without the prior approval of the Pretrial Services Officer.

(11)  Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from the treatment facility OR to communicate with facility staff about the defendant's progress in the program.

Any passes allowed by the treatment facility must be approved by the Pretrial Services Officer.

If for any reason defendant is terminated from the treatment program, the defendant must immediately surrender to the custody of the United States Marshal.

At least 96 hours prior to anticipated completion of the treatment program, defendant must advise the Pretrial Services Officer of the defendant's anticipated completion date so the Court may schedule a hearing to review the defendant's release status.

(12)  Defendant shall submit the defendant's person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer.  Failure to submit to a search may be grounds for revocation of pretrial release.  Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.  The Pretrial Services Officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of release and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

(13)  Defendant shall maintain or actively seek employment.  Employment must be approved by the Pretrial Services Officer.

(14) Defendant shall not obtain a passport and other foreign travel document(s).

(15)  Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

Local AO 199C     (Rev.6/24)  Advice of Penalties and Sanctions                                      Page  3   of   3

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation.  It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)  any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)  a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Directions to United States Marshal

(    )  The defendant is ORDERED released after processing.

(    )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

( ✔ )  Other:   Defendant shall be released to a representative of the Prairie Recovery Center or other person(s) approved by the Pretrial Services

Officer no earlier than 1:00 PM on October 21, 2024.

Date:        October 21, 2024

Clare R. Hochhalter, Magistrate Judge