United States v. Noah Abraham, etc. – Case No. 1:24-cr-137

## EXPERT WITNESS DISCLOSURE ACKNOWLEDGEMENT

I acknowledge that the United States' Notice of Expert Witness Under Rule 16(a)(1)(G) in Case No. 1:24-cr-137 is accurate as to the statement of my opinions, the bases and reasons for them; my qualifications, including a list of any relevant publications within the previous 10 years that I have authored; and a list of cases in which, during the previous 4 years, I have testified as an expert at trial or by deposition.

Dated: __Nov 5th__, 2024.

_____
Jerry Stein
Detective, Bismarck Police Department
Bismarck, North Dakota



GOVERNMENT EXHIBIT

CASE NO. _____
EXHIBIT NO. 1