United States v. Noah Abraham, et. al. – Case No. 1:24-cr-137

## EXPERT WITNESS DISCLOSURE ACKNOWLEDGEMENT

I acknowledge that the United States' Notice of Expert Witness Under Rule 16(a)(1)(G) in Case No. 1:24-cr-137 is accurate as to the statement of my opinions, the bases and reasons for them; my qualifications, including a list of any relevant publications within the previous 10 years that I have authored; and a list of cases in which, during the previous 4 years, I have testified as an expert at trial or by deposition.

Dated: ___November 4___, 2024.

JEREMY SCHMIDT
Digitally signed by JEREMY SCHMIDT
Date: 2024.11.04 16:11:00 -06'00'

Jeremy Schmidt
Special Agent - ATF
Bismarck, North Dakota



AO386-C
GOVERNMENT EXHIBIT
CASE NO. _____
EXHIBIT NO. 2