IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Nos. 1:24-cr-137 and 1:24-cr-138 |
| | ) | |
| Jaseyona Sage Thomas, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELASE**

COMES NOW the Defendant, Jaseyona Sage Thomas ("Ms. Thomas"), by and through her attorney Joshua L. Weatherspoon of Mulloy Law, PLLC, who respectfully requests the Court to modify her conditions of release to allow her to reside at a sober living facility Sahnish Healing Lodge through Good Road Recovery in Roseglen, North Dakota. Exhibit.

After Ms. Thomas graduated from treatment at Prairie Recovery Center, Ms. Thomas began to reside at Blessed Builders Sober Living. Doc. No. 55. Ms. Thomas unfortunately had a relapse over the past weekend. Ms. Thomas notes that she was with people that she should not have been with and needs to associate with more like-minded people to continue her journey to sobriety. Ms. Thomas believes that the path to recovery can be a long winding road. Ms. Thomas believes that a sober living facility with Good Road Recovery is a way to get herself back on track.

Because of the recent incidents, Ms. Thomas is in the custody of the United States Marshals at the Burleigh Morton County Detention Center. Ms. Thomas is requesting that she be released on January 10, 2025, to a member of Good Road Recovery team to be transported to Roseglen, North Dakota. Ms. Thomas will be able to get a period of time in custody prior to residing in sober living to give her the best chance of success at the sober living facility.

Based on the foregoing, Ms. Thomas respectfully requests that the Court release Ms. Thomas on January 10, 2025, to a member of the Good Road Recovery team to be transported to the Sahnish Healing Lodge in Roseglen, North Dakota.

Dated this 31st day of December 2024.

**JOSHUA L. WEATHERSPOON**
**MULLOY LAW, PLLC**
Attorneys for Defendant
101 Slate Drive, Suite 7
Bismarck, ND 58503
PH:    701-390-8580
FX:    701-639-2845
E-mail: josh@mulloylaw.com
By:

*/s/ Joshua L. Weatherspoon*
**Joshua L. Weatherspoon (ID # 08641)**