IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| vs. | Case No. 1:24-cr-00137 |
| Noah Javaris Abraham a/k/a Noah Jarvis Abraham, William Christopher Olsen, and Jaseyona Sage Thomas, | |
| Defendants. | |

ORDER GRANTING MOTION TO CONTINUE TRIAL

[¶1]   THIS MATTER comes before the Court on the Motion to Continue Jury Trial filed by Noah Abraham ("Defendant Abraham") on March 11, 2025. Doc. No. 72. Trial is scheduled in this matter for April 8, 2025. This is Defendant Abraham's **first** request for a continuance and the **second** continuance in the case.

[¶2]   As grounds for the continuance request, Defense Counsel states additional time is needed because the investigation and negotiations are ongoing. Defendant Abraham has filed a signed Informed Consent to Continuance. Doc. No. 73. The United States does not object to a continuance.

[¶3]   Upon consideration, the Court finds there is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7).  See United States v. Harlan, 960 F.3d 1089, 1093 (8th Cir. 2020). In addition, each co-Defendant's time under the speedy trial act is excludable based upon Defendant Abraham's Motion because the co-Defendants have not been severed for

trial. See 18 U.S.C. § 3161(h)(6) (excluding from Speedy Trial calculation "[a] reasonable period of delay when the defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted"). Each co-Defendant's trial shall, therefore, coincide with Defendant Abraham's trial date. Accordingly, the Court **GRANTS** Defendant Abraham's Motion to Continue Trial.

[¶4]   Trial as to Noah Javaris Abraham a/k/a Noah Jarvis Abraham, William Christopher Olsen, and Jaseyona Sage Thomas shall be rescheduled for Tuesday, September 9, 2025, at 9:30 a.m. in Bismarck Courtroom 1 before the undersigned. A three (3) day trial is anticipated. All time that elapses from the date of this Order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(6)-(7).

[¶5]   **IT IS SO ORDERED.**

DATED March 12, 2025.

Daniel M. Traynor, District Judge
United States District Court