# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

|  |  |  |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:24-cr-137 and 1:24-cr-138 |
| Jaseyona Sage Thomas, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

On January 2, 2025, the court issued an order conditionally releasing Defendant to the Sahnish Healing Lodge. (Case No. 1:24-cr-137 at Doc. No. 66; Case No. 1:24-cr-138 at Doc. No. 59). On March 19, 2025, Defendant filed a Motion to Modify Conditions of Release. (Case No. 1:24-cr-137 at Doc. No. 78; Case No. 1:24-cr-138 at Doc. No. 66). She advises that she has been accepted for admission to the Sanctuary in Minot, North Dakota, by 4:00 PM on March 19, 2025. She requests that the court modify her release conditions to allow her to transition to and reside at the Sanctuary.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Case No. 1:24-cr-137 at Doc. No. 78; Case No. 1:24-cr-138 at Doc. No. 66). Defendant shall report to The Sanctuary by 4:00 PM on March 19, 2025. Defendant shall reside at the Sanctuary and comply with all of its rules and regulations. Defendant shall not change her residence without the prior approval of the Pretrial Services Officer. Defendant shall surrender the United States Marshal if she is terminated from The Sanctuary for any reason.

**IT IS SO ORDERED**.

Dated this 19th day of March, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter Magistrate Judge
United States District Court