PS 8
(Rev. 2/2013)

# United States District Court
# For The
# District of North Dakota

**Petition for Action on Conditions of Pretrial Release**

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) Docket No.: 0868 1:24-cr-137 and 1:24-cr-138 |
| | ) |
| Jaseyona Sage Thomas | ) |

COMES NOW, Vanessa Waller, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jaseyona Sage Thomas who was placed under pretrial release supervision by the Honorable Clare R. Hochhalter, Magistrate Judge, sitting in the Court at Bismarck, on January 10, 2025, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The defendant must sign an Appearance Bond, if ordered.

    IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

5. Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; [any use of medical marijuana] and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

6. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

7. Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

PS 8
(Rev. 2/2013)
Thomas, Jaseyona
0868 1:24CR00138

8. Defendant shall not knowingly or intentionally have any direct or indirect contact with codefendants, except that counsel for the defendant, or counsel's agent or authorized representative, may have such contact with such person(s) as is necessary in the furtherance of the defendant's legal defense.

9. Defendant shall reside at the Sahnish Healing Lodge, fully participate in its treatment programming, and comply with all of its rules and regulations.

10. The Defendant must sign all release forms to allow the Pretrial Services Officer to obtain information from the Sahnish Healing Lodge OR to communicate with the Sahnish Healing Lodge staff about his/her progress in the program. Any passes allowed by the sober living home must be approved by the Pretrial Services Officer. If for any reason defendant is terminated from the sober living, she must immediately report to the United States Marshal.

11. Defendant shall submit his/her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition. The Pretrial Services Officer may conduct a search under this condition only when reasonable suspicion exists that the defendant has violated a condition of release and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

12. Defendant shall not obtain a passport and other foreign travel document(s).

13. Defendant shall maintain or actively seek employment. Employment must be approved by the Pretrial Services Officer.

14. Defendant must report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

15. Within 24 hours of her arrival at the Sahnish Healing Lodge, Defendant shall contact Pretrial Services Officer Skylar Soupir at (701)530-2416.

**AMENDED 3/19/2025:**

16. Defendant shall reside at The Sanctuary by 4:00 PM on March 19, 2015. Defendant shall reside at the Sanctuary and comply with all of its rules and regulations. Defendant shall not change her residence without the prior approval of the Pretrial Services Officer. Defendant shall surrender the United States Marshal if she is terminated from The Sanctuary for any reason.

PS 8
(Rev. 2/2013)
Thomas, Jaseyona
0868 1:24CR00138

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. **Violation of condition #5**: Defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; [any use of medical marijuana] and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result. **On March 11, 2025, the defendant admitted to using fentanyl.**

2. **Violation of condition #16:** Defendant shall reside at The Sanctuary by 4:00 PM on March 19, 2015. Defendant shall reside at the Sanctuary and comply with all of its rules and regulations. Defendant shall not change her residence without the prior approval of the Pretrial Services Officer. Defendant shall surrender the United States Marshal if she is terminated from The Sanctuary for any reason. **On March 22, 2025, the defendant left the Sanctuary without permission of Pretrial Services.**

3. **Violation of condition #16:** Defendant shall reside at The Sanctuary by 4:00 PM on March 19, 2015. Defendant shall reside at the Sanctuary and comply with all of its rules and regulations. Defendant shall not change her residence without the prior approval of the Pretrial Services Officer. Defendant shall surrender the United States Marshal if she is terminated from The Sanctuary for any reason. **On March 24, 2025, the Defendant was directed to self-surrender and has failed to do so. The defendant's whereabouts are unknown at this time.**

PRAYING THAT THE COURT WILL ORDER: A warrant be issued for the arrest of Jaseyona Thomas and hearings be held to determine if she violated the conditions of her Pretrial Release.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

/s/ Vanessa Waller                   03/26/2025
U.S. Pretrial Services Officer
Place: Minot

PS 8
(Rev. 2/2013)
Thomas, Jaseyona
0868 1:24CR00138

## ORDER OF THE COURT

Considered and ordered this 26th day of March, 2025 and ordered filed and made a part of the record in the above case.

---
Clare R. Hochhalter
U.S. Magistrate Judge